AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tyrone Kelly,<br>*Plaintiff*<br>v.<br>Carolyn E. Williams; Ronnie A. Sabb; and Kimberly Bar,<br>*Defendant* | Civil Action No.   4:11-2975-CMC-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. This case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States Districk Judge.

Date:   January 3, 2011                                          *CLERK OF COURT*

                                                                 s/H. Hillman
                                                        *Signature of Clerk or Deputy Clerk*